

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2022

No. 04-21-00360-CR

Kevin Jason **GONZALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR0029
Honorable Michael E. Mery, Judge Presiding

# O R D E R

On March 5, 2022, attorney Angela Moore moved to substitute herself as retained counsel of record in lieu of retained counsel Richard Langlois.

The motion to substitute is **granted**.

We direct the clerk of this court to update this court's records to show Appellant's new attorney of record in this appeal.

Counsel has also requested **sixty days** to prepare Appellant's opening brief. The request is **granted**. Appellant's opening brief is **due July 5, 2022**.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of May, 2022.



Michael A. Cruz,
Clerk of Court